UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-24054-CIV-MORENO

Maria Tarrago,
    Plaintiff,

vs.

Gabriel Milian and Gabriel Milian & Associates
d/b/a ALL IN ONE Employment Services,
    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon *sua sponte* review of the record.

THE COURT notes that both named Defendants in this action have been defaulted. Pursuant to the Default Final Judgment of **January 8, 2014 (D.E. 10)**, this Court entered default against Defendant Gabriel Milian & Associates for failure to timely obtain substitute counsel. Default was entered against Defendant Gabriel Milian by the Clerk of Court pursuant to Plaintiff's timely Verified Motion for Clerical Default on **June 6, 2014 (D.E. 14)**. Accordingly, it is

**ADJUDGED** that Final Judgment is entered in favor of Maria Tarrago and against Defendants Gabriel Milian & Associates and Gabriel Milian. This case is DISMISSED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of June, 2014

                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record